UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELE R. BOLDEN,

       Plaintiff,                              Case No. 24-11645

v.                                           Hon. Denise Page Hood

WAYNE COUNTY MICHIGAN, et al.,

       Defendants.
_____/

**<u>ORDER DENYING REQUEST TO KEEP</u>**
**<u>ADDRESS CONFIDENTIAL (ECF No. 7)</u>**

This matter is before the Court on Plaintiff Michele R. Bolden's request to keep her address confidential, citing safety concerns.

The Local Rules provide that all papers filed with the court must include a party's contact information, including an address. E.D. Mich. LR (1)(a)(E)(ii). name, address, email-address, and telephone number. "The public has a strong interest in obtaining the information contained in the court record." *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1180 (6th Cir. 1983); *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). *See, Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 580 n. 17 (1980) (Historically, both civil and criminal trials have been presumptively open.). The burden of overcoming that presumption is borne by the party that seeks to seal them. *Shane*, 825 F.3d at 305. The burden is a heavy one: "Only the most

compelling reasons can justify non-disclosure of judicial records." *In re Knoxville News–Sentinel Co.*, 723 F.2d 470, 476 (6th Cir. 1983).

Bolden's request to keep her address confidential is denied in that such information is required when filing papers with the court.  It is noted that sealing documents on a court case does not necessarily remove the underlying information since such information may be available through other internet sources, including commercial credit reports.

Accordingly,

IT IS ORDERED that Plaintiff Michele R. Bolden's Request to Keep her Address Confidential **(ECF No. 7)** is DENIED.

s/Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge

DATED:  April 4, 2025